UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jordan Paul Buys            Docket No. 7:17-CR-103-1M

### Petition for Action on Supervised Release

COMES NOW Marisa D. Watson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jordan Paul Buys, who, upon a finding of guilt by jury to Abusive Sexual Contact, in violation of 18 U.S.C. § 2244(b), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on May 25, 2018, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jordan Paul Buys was released from custody on May 15, 2020, at which time the term of supervised release commenced.

On July 23, 2024, this case was reassigned to Chief U.S. District Court Judge Richard E. Myers II. On this date, a violation report was submitted to the court due to the defendant being under the influence of alcohol during a home visit and admitting to continued use. It was recommended that no court action be taken at that time. The defendant was verbally reprimanded and was referred back to substance abuse treatment. The court agreed with this decision.

On September 30, 2024, a violation report was filed due to the defendant admitting to being under the use of alcohol. It was recommended that no court action be taken at that time. The defendant was verbally reprimanded and was placed into a higher level of substance abuse treatment to include group therapy. The court agreed with this decision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 22, 2024, the Edgecombe County Sheriff's Office was called to the defendant's residence due to him attempting to harm himself while under the influence of alcohol. He was involuntarily committed at this time and spent less than a day in the hospital. The defendant failed to report for substance abuse group on November 18, 2024, November 19, 2024, November 21, 2024, and December 5, 2024. He also failed to report to the probation office for scheduled appointments on December 5, 2024 and December 9, 2024. On December 9, 2024, the probation office requested another welfare check on the defendant. He was involuntarily committed for a second time and spent four days in the hospital. At this time, it is clear the defendant needs a higher level of substance abuse treatment. The probation office believes placing the defendant on the Remote Alcohol Monitoring Program to monitor his alcohol use will assist in keeping him accountable while also attending treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Jordan Paul Buys
Docket No. 7:17-CR-103-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Marisa D. Watson
Marisa D. Watson
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8690
Executed On: December 17, 2024

**ORDER OF THE COURT**

Considered and ordered this 18th day of December, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief U.S. District Judge